IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV388

| | |
|---|---|
| PATRICIA A. PHILLIPS, | ) |
| Plaintiff, | ) |
| Vs. | ) **O R D E R** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a).

For cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion to dismiss is **ALLOWED**, and this action is hereby **DISMISSED WITH PREJUDICE.**

Signed: December 27, 2007

Lacy H. Thornburg
United States District Judge